# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKWUMA AZUBUKO,<br><br>                              Plaintiff,<br>    v.<br><br>FRAMINGHAM STATE COLLEGE,<br><br>                              Defendant. | CASE 01-CV-2258 W (POR)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR RELIEF FROM JUDGMENT UNDER RULE 60(b) [DOC. 15]** |

On December 7, 2001, Plaintiff Chukwuma Azubuko, proceeding *pro se*, filed suit in this Court against Framingham State College.[1] (*Compl.* [Doc. 1].) Azubuko appeared to allege various state and federal claims against professors and administration at Framingham State College. (*See id.*) On December 11, 2001, the Court *sua sponte* dismissed Azubuko's complaint *without prejudice* for improper venue, because it was clear from the complaint that both Azubuko and Framingham State College resided in Massachusetts, and all events relevant to the complaint occurred in Massachusetts. (*Dism. Order* [Doc. 2]); see Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986).

---

[1] Framingham State College was never served in this action.

In the nearly eleven years since this Court dismissed Azubuko's complaint, Azubuko has filed four motions to re-open his case under Federal Rule of Civil Procedure 60(b). (*See Mots. Re-open* [Docs. 4, 5, 13, 15].) To this point, the Court has consistently rejected those motions for failure to follow the procedural rules of the United States District Court for the Southern District of California. (*See id.*) On one occasion, in 2002, Azubuko appealed this Court's rejection of his motion to re-open to the Ninth Circuit Court of Appeals. (*See Not. Appeal* [Doc. 6].) The Ninth Circuit summarily affirmed this Court's decision. (*Ninth Cir. Order* [Doc. 12].)

Azubuko has recently filed another motion to re-open his case, his fourth overall. (*Fourth Mot. Re-open* [Doc. 15].) The fourth motion, like the others, is largely incomprehensible and fails to address the single reason that his case was dismissed in 2001: improper venue. (*See id.*) Therefore, the Court **DENIES** Azubuko's request to re-open his case under Rule 60(b). No additional motions filed by, or on behalf of Azubuko will be considered in this case.

**IT IS SO ORDERED.**

DATED: June 11, 2012

_____
Hon. Thomas J. Whelan
United States District Judge