1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

CHUKWUMA AZUBUKO,

                          Plaintiff,

   v.

FRAMINGHAM STATE COLLEGE,

                          Defendant.

CASE 01-CV-2258 W (POR)

**ORDER DENYING PLAINTIFF'S REQUEST FOR RELIEF FROM JUDGMENT UNDER RULE 60(b) [DOC. 15]**

On December 7, 2001, Plaintiff Chukwuma Azubuko, proceeding *pro se*, filed suit in this Court against Framingham State College.[1] (*Compl.* [Doc. 1].) Azubuko appeared to allege various state and federal claims against professors and administration at Framingham State College. (*See id.*) On December 11, 2001, the Court *sua sponte* dismissed Azubuko's complaint *without prejudice* for improper venue, because it was clear from the complaint that both Azubuko and Framingham State College resided in Massachusetts, and all events relevant to the complaint occurred in Massachusetts. (*Dism. Order* [Doc. 2]); see Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986).

---

[1] Framingham State College was never served in this action.

1    In the nearly eleven years since this Court dismissed Azubuko's complaint,
2    Azubuko has filed four motions to re-open his case under Federal Rule of Civil
3    Procedure 60(b).  (*See Mots. Re-open* [Docs. 4, 5, 13, 15].)  To this point, the Court has
4    consistently rejected those motions for failure to follow the procedural rules of the
5    United States District Court for the Southern District of California.  (*See id.*)  On one
6    occasion, in 2002, Azubuko appealed this Court's rejection of his motion to re-open to
7    the Ninth Circuit Court of Appeals.  (*See Not. Appeal* [Doc. 6].)  The Ninth Circuit
8    summarily affirmed this Court's decision.  (*Ninth Cir. Order* [Doc. 12].)

9    Azubuko has recently filed another motion to re-open his case, his fourth overall.
10   (*Fourth Mot. Re-open* [Doc. 15].)  The fourth motion, like the others, is largely
11   incomprehensible and fails to address the single reason that his case was dismissed in
12   2001: improper venue.  (*See id.*)  Therefore, the Court **DENIES** Azubuko's request to re-
13   open his case under Rule 60(b).  No additional motions filed by, or on behalf of
14   Azubuko will be considered in this case.

16   **IT IS SO ORDERED.**

18   DATED:  June 11, 2012

20   Hon. Thomas J. Whelan
21   United States District Judge

01cv2258w